IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AUSTIN PURVIS,

    Plaintiff,

v.                                                 Case No. 3:24-cv-434-AW-HTC

FRANK BISIGNANO,
**Commissioner of the Social Security Administration,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Austin Purvis initiated this case to challenge the Commissioner's decision regarding his disability. ECF No. 1. Purvis's sole argument is that "the ALJ committed reversible error by finding Purvis' migraines and tremors to be 'severe impairments' but not explaining any corresponding impact on his RFC." ECF No. 13 at 3. The magistrate judge agrees with Purvis and recommends a remand for further consideration. ECF No. 15. Neither side has filed any objection.

Having carefully considered the matter, I now conclude that the report and recommendation should be approved, and I incorporate it into this order. Given the ALJ's conclusion that Purvis had severe impairments, additional explanation was necessary to justify the final conclusion regarding Purvis's disability. *See* ECF No. 15 at 9-10 ("Nowhere in the ALJ's decision does he discuss how frequently he thought Purvis suffers from migraines or tremors, how severe he thought they were,

1

or how long he thought they lasted."). This is not to say that the ALJ's decision could not be justified, but on this record, remand is appropriate.

The clerk will enter a judgment that states, "This case is reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g)." The clerk will then close the file.

SO ORDERED on July 28, 2025.

                                                s/ *Allen Winsor*
                                                Chief United States District Judge